DIRECT ENERGY MARKETING LIM-
ITED, Canadian Corp., John Lagadin,
individually and 646885 Alberta Ltd.,
Canadian Corporation, Plaintiffs–Ap-
pellants,

v.

DUKE/LOUIS DREYFUS, LLC,
Defendant–Appellee,

No. 03–7889.

United States Court of Appeals,
Second Circuit.

July 14, 2004.

Robert Goodin, Goodin, MacBride,
Squeri, Ritchie & Day, LLP (Francine T.
Radford, on the brief), San Francisco, CA,
Andrew B. Nevas, Westport, CT, for Plain-
tiffs–Appellants.

Beth A. Levene, Williams & Connolly,
LLP (John J. Buckley, Jr., Victoria Radd
Rollins, on the brief), Washington, DC,
Zeldes, Needle & Cooper (Jacob D. Zeldes,
on the brief), Bridgeport, CT, for Defen-
dant–Appellee.

* The Honorable Richard M. Berman, United
States District Court for the Southern District

Present: CALABRESI, SOTOMAYOR,
Circuit Judges, and BERMAN, District
Judge.*

## SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS
HEREBY ORDERED, ADJUDGED,
AND DECREED** that the judgment of the
District Court be and it hereby is **AF-
FIRMED.**

Plaintiffs Direct Energy Marketing
Limited ("DEML"), a Canadian corpora-
tion, and its former shareholders, John
Lagadin and 646885 Alberta Ltd., brought
this suit under diversity jurisdiction in the
United States District Court for the Dis-
trict of Connecticut (Eginton, *J.*) against
appellee Duke/Louis Dreyfus LLC ("D/
LD") and other affiliated entities. *See Di-
rect Engery Mktg. Ltd. v. Duke/Louis
Dreyfus, LLC,* 50 Fed.Appx. 469, 470 (2d
Cir.2002) (unpublished summary order).
Plaintiffs alleged various claims arising
from the proposed, but unconsummated
acquisition of DEML by D/LD, including,
*inter alia,* promissory estoppel.

The parties agree that if Canadian law
applies, plaintiffs' promissory estoppel
claim must be dismissed. The District
Court found that under Connecticut choice
of law principles, Canadian law should be
applied and gave judgment for D/LD. We
agree with the District Court that, in the
circumstances of this case, the Connecticut
courts would apply Canadian law. *See
Reichhold Chemicals, Inc. v. Hartford Ac-
cident & Indem. Co.,* 243 Conn. 401, 703
A.2d 1132, 1138 (1997).

Accordingly, having considered all of the
plaintiffs' arguments and having found

of New York, sitting by designation.

them to be without merit, we AFFIRM the judgment of the district court.